**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 14, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00941-CR

---

### TERANCE BATISTE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 177th District Court
Harris County, Texas
Trial Court Cause No. 1540971**

---

## M E M O R A N D U M    O P I N I O N

Appellant has signed and filed a written motion to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's motion and dismiss the appeal.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby

Do Not Publish – Tex. R. App. P. 47.2(b)